UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>IN RE TIM VIRGA,<br><br>    Respondent. | No. EDCV 12-625 MWF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed, with the following changes:

    On page 11, lines 13, 14, and 15 of the Report and Recommendation delete "The California Supreme Court granted certification and as of the date of this Report, the matter is still pending. *See* Docket, *Doe v. Harris*, California Supreme Court Case No. S191948." and insert in its place: "The California Supreme Court granted certification and on July 1, 2013, filed its decision. The *Harris* decision confirmed that under California law 'the plea agreement will be 'deemed to incorporate and contemplate not only the

existing law but the reserve power of the state to amend the law or enact additional laws for the public good and in pursuance of public policy.''
*Doe v. Harris*, 57 Cal. 4th 64, 66 (2013) (quoting *Gipson*, 117 Cal. App. 4th at 1070).";

    On page 11, line 16, delete "Nonetheless, the" and insert in its place: "The";

    On page 11, line 22, before the sentence beginning on that line insert "In *Doe v. Harris*, the California Supreme Court approved the reasoning in *Gipson*. 57 Cal. 4th at 66.";

    On page 11, line 24 after "*Gipson*" insert "and *Harris*".

IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: September 16, 2013

                                          MICHAEL W. FITZGERALD
                                          United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
  United States Magistrate Judge