UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS, | No. EDCV 12-625 MWF (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| IN RE TIM VIRGA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 16, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge